In re:  
  THOMAS M POWERS  
  141 WEST CARACAS AVE  
  HERSHEY, PA 17033  

Case No: 1-08-03596-RNO

Debtor(s)

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Charles J. DeHart, III, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/01/2008.

2.) The plan was confirmed on 01/13/2009.

3.) The plan was modified by order after confirmation pursuant to 11 U.S.C. 1329 on NA.

4.) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5.) The case was converted on 11/22/2011.

6.) Number of months from filing to last payment: 37

7.) Number of months case was pending: 38

8.) Total value of assets abandoned by court order: NA

9.) Total value of assets exempted: NA

10.) Amount of unsecured claims discharged without full payment:     0.00

11.) All checks distributed by the trustee relating to this case have not cleared the bank.

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 3,900.00 |
| Less amount refunded to debtor | $ | 0.00 |
| **NET RECEIPTS:** | $ | 3,900.00 |

| **Expenses of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ | 1,975.00 |
| Court Costs | $ | 0.00 |
| Trustee Expenses & Compensation | $ | 200.40 |
| Other | $ | 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $ | 2,175.40 |
| **Attorney fees paid and disclosed by debtor:** | $ | 1,525.00 |

## Scheduled Creditors:

| CreditorName | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| * WEINSTEIN & RILEY | UNS | 12,987.0 | 13,735.67 | 13,735.67 | 209.83 | 0.00 |
| AAFES | UNS | 1,787.9 | 1,720.34 | 1,720.34 | 26.31 | 0.00 |
| BANK OF AMERICA | UNS | 4,936.5 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA VISA SIGNATU | UNS | 7,480.7 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | SEC | 7,950.9 | NA | NA | 0.00 | 0.00 |
| ECAST | UNS | 606.8 | 841.54 | 841.54 | 12.88 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNS | NA | 8,115.76 | 8,115.76 | 123.99 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNS | NA | 5,567.69 | 5,567.69 | 85.13 | 0.00 |
| GE MONEY LINE OF CREDIT | UNS | 13,777.5 | NA | NA | 0.00 | 0.00 |
| GMAC | SEC | 11,634.5 | 11,086.72 | 0.00 | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | SEC | 33,096.2 | 33,704.35 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, NA | SEC | 83,211.5 | 86,128.10 | 0.00 | 0.00 | 0.00 |
| MARY MILLIGAN | UNS | 40,000.0 | 40,000.00 | 40,000.00 | 610.68 | 0.00 |
| MEMBER FIRST FED. CREDIT UNI | UNS | 2,988.0 | 3,261.56 | 3,261.56 | 49.82 | 0.00 |
| MEMBER FIRST FED. CREDIT UNI | UNS | NA | 883.22 | 883.22 | 13.49 | 0.00 |
| MEMBER FIRST FED. CREDIT UNI | UNS | 20,919.8 | 20,601.62 | 20,601.62 | 314.70 | 0.00 |
| MID PENN BANK | SEC | 30,000.0 | NA | NA | 0.00 | 0.00 |
| MIDPENN BANK | SEC | 305,000.0 | NA | NA | 0.00 | 0.00 |
| MIDPENN BANK | SEC | 40,000.0 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING, LLC | UNS | 1,625.1 | 1,899.87 | 1,899.87 | 29.06 | 0.00 |
| ROUNDUP FUNDING, LLC | UNS | NA | 14,843.62 | 14,843.62 | 226.72 | 0.00 |
| ROUNDUP FUNDING, LLC | UNS | 1,100.0 | 1,436.20 | 1,436.20 | 21.99 | 0.00 |
| SMALL BUSINESS ADMINISTRATIO | SEC | 0.0 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors

| Secured Payments | Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| Mortgage Ongoing | 0.00 | 0.00 | 0.00 |
| Mortgage Arrearage | 0.00 | 0.00 | 0.00 |
| Debt Secured by Vehicle | 0.00 | 0.00 | 0.00 |
| All Other Secured | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED:** | 0.00 | 0.00 | 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 0.00 | 0.00 | 0.00 |
| Domestic Support Ongoing | 0.00 | 0.00 | 0.00 |
| All Other Priority | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY:** | 0.00 | 0.00 | 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | 112,907.09 | 1,724.60 | 0.00 |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $ | 2,175.40 |
| Disbursements to Creditors | $ | 1,724.60 |
| **TOTAL DISBURSEMENTS:** | $ | 3,900.00 |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

**Date:** 12/02/2011      **/s/**      Charles J. DeHart, III

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. 1320.4(a)(2) applies.