IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Thomas M. Powers<br>Debtor(s) | : <br> : <br> : | Chapter: 7 <br><br> Case Number: 1-08-bk-03596 |
| Thomas M. Powers<br>Movant(s) | : <br> : <br> : | Matter: **Motion to Redeem**<br>**Property As Exempt** |
| vs. | : <br> : | |
| Mid Penn Bank<br>Respondent(s) | : <br> : | |

## CERTIFICATE OF SERVICE

I, Steven P. Miner, Esquire, do hereby certify that on the date set forth below, I did serve a true and correct copy of the foregoing document and notice upon the following persons at the following addresses indicated below by the United States Mail, first class, postage pre-paid or by electronic means on the following:

Thomas M. Powers
334 Cheshire Road
Rocky Point, NC 28457

United States Trustee
PO Box 969
Harrisburg, PA 17108

Leon P. Hall, Esquire
Chapter 7 Trustee
Purcell, Krug & Haller
1719 North Front Street
Harrisburg, PA 17102

Marc A. Hess, Esquire
Henry & Beaver, LLP
937 Willow Street
P.O. Box 1140
Lebanon, PA 17046-4932

Respectfully Submitted,

**Daley Zucker Meilton Miner & Gingrich, LLC**

Date: 2/7/12

/s/ Steven P. Miner
Steven P. Miner, Esquire
Attorney I.D. No. 38901
635 North 12th Street, Suite 101
Lemoyne, PA 17043
Phone: 717-724-9821
Email: sminer@dzmmglaw.com