IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Thomas M. Powers<br>Debtor(s) | : <br> : <br> : | Chapter: 7 <br><br> Case Number: 1-08-bk-03596 |
| Thomas M. Powers<br>Movant(s) | : <br> : <br> : | Matter: **Motion to Redeem Property As Exempt** |
| vs. | : <br> : | |
| Mid Penn Bank<br>Respondent(s) | : <br> : | |

## CERTIFICATE OF CONCURRENCE

I, Steven P. Miner, have contacted Marc A. Hess, Esquire, counsel for Mid Penn Bank and Leon P. Haller, Esquire, Chapter 7 Trustee, and they concur in this Motion to Redeem.

Respectfully Submitted,

**Daley Zucker Meilton Miner & Gingrich, LLC**

Date: 2/7/12

Steven P. Miner, Esquire
Attorney I.D. No. 38901
635 North 12th Street, Suite 101
Lemoyne, PA 17043
Phone: 717-724-9821
Email: sminer@dzmmglaw.com