# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Thomas M. Powers
Debtor(s)

Chapter: 7

Case Number: 1-08-bk-03596
Docket Number: 61

Thomas M. Powers
 Movant(s)
vs.

Matter: **Motion to Redeem Property As Exempt**

Mid Penn Bank
Respondent(s)

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **February 24, 2012**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date:  2/7/12

Debtor(s)' Counsel's Name, Address, Phone Number:
Steven P. Miner, Esquire
Daley Zucker Meilton Miner & Gingrich, LLC
635 North 12th Street, Suite 101
Lemoyne, PA 17043
Phone: 717-724-9821