IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Thomas M. Powers | : | Chapter: 7 |
| Debtor(s) | : | |
| | : | Case Number: 1-08-bk-03596 |
| Thomas M. Powers | : | |
| Movant(s) | : | Matter: **Motion to Redeem** |
| | : | **Property As Exempt** |
| vs. | : | |
| | : | |
| Mid Penn Bank | : | |
| Respondent(s) | : | |

## ORDER AUTHORIZING REDEMPTION OF DEBTOR'S
## 2006 CHEVROLET IMPALA AND HOUSEHOLD GOODS

Upon consideration of the Motion of the Debtor to retain his vehicle and household goods, the Court finds that the automobile of Debtor, Thomas M. Powers, is used by the Debtor primarily for personal and family purposes and that Debtor is entitled to redeem the vehicle for $7,000.00 and further upon consideration of Debtor's Motion to Redeem Property the court finds that the household goods of the Debtor are used by the Debtor primarily for personal and family purposes and the Debtor is entitled to redeem household goods for $2,500.00, now therefore, it is

ORDERED that the Debtor shall forward payment of $9,500.00 in Cashiers check, money order or certified funds payable to Mid Penn Bank within 30 days of the entry of this order, or within 30 days of the entry of discharge, whichever occurs first, and that upon payment, Mid Penn Bank shall release its security interest and/or lien in and to the Debtor's 2006 Chevrolet Impala vehicle and household goods, and shall act promptly on the receipt of payment to release the lien, documentation evidencing Release of its Security Interest and original certificate of title to said vehicle, transferring legal title, free and clear to: Thomas M. Powers.