# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–1 | User: BRushow | Date Created: 2/8/2012 |
| Case: 1:08–bk–03596–RNO | Form ID: pdf010 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Marc A. Hess     bankruptcy@henrybeaver.com

                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Thomas M. Powers     334 Cheshire Road     Rocky Point, NC 28457

                                                                     TOTAL: 1