UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
Thomas M. Powers § Case No. 1-08-03596-RNO
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    LEON P. HALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/LEON P. HALLER_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | MIDPENN BANK |  |  |  |  |  |
| 1 | Chase Home Finance LLC |  |  |  |  |  |
| 2 | HSBC Mortgage Services |  |  |  |  |  |
| 4 | GMAC |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEON P. HALLER | | | | | |
| LEON P. HALLER | | | | | |
| VARIOUS | | | | | |
| COUNTY TAXES 07/20/2012 - 12/31/2012 | | | | | |
| SCHOOL TAXES 07/20/2012 - 12/31/2012 | | | | | |
| PURCELL, KRUG & HALLER | | | | | |
| COLDWELL BANKER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | AAFES/MIL STAR/EXCHANGE | | | | | |
| 6 | East Bay Funding, LLC | | | | | |
| 8 | East Bay Funding, LLC | | | | | |
| 7 | East Bay Funding, LLC | | | | | |
| 11 | MARY MILLIGAN | | | | | |
| 13 | MEMBERS 1ST FEDERAL CU | | | | | |
| 12 | MEMBERS 1ST FEDERAL CU | | | | | |
| 14 | MEMBERS 1ST FEDERAL CU | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Mary Milligan | | | | | |
| 16 | Mid Penn Bank | | | | | |
| 3 | USAA FEDERAL SAVINGS BANK | | | | | |
| 15 | eCAST Settlement Corp | | | | | |
| 9 | eCAST Settlement Corporation | | | | | |
| 10 | eCAST Settlement Corporation assignee of | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-03596 | RNO | Judge: | Robert N. Opel II | Trustee Name: | LEON P. HALLER |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Thomas M. Powers | | | | Date Filed (f) or Converted (c): | 11/22/11 (c) |
| | | | | | 341(a) Meeting Date: | 01/09/12 |
| For Period Ending: 06/20/13 | | | | | Claims Bar Date: | 11/28/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 38 BUTLER STREET, HARRISBURG, PA | 125,500.00 | 0.00 | | 0.00 | FA |
| 2 | 141 W. CARACAS AVE., HERSHEY, PA | 310,000.00 | 0.00 | | 190,000.00 | FA |
| 3 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNT @ MEMEBERS 1ST FCU | 0.00 | 0.00 | | 0.00 | FA |
| 5 | CHECKING ACCOUNT @ USAA BANK | 500.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS & FURNISHINGS | 4,930.00 | 0.00 | | 0.00 | FA |
| 7 | BOOKS, PICTURES, ECT. | 800.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| 9 | DEPT. OF DEFENSE PENSION | Unknown | 0.00 | | 0.00 | FA |
| 10 | FEDERAL ERS - PENSION | Unknown | 0.00 | | 0.00 | FA |
| 11 | SERS | 19,000.00 | 0.00 | | 0.00 | SFA |
| 12 | 100% INTEREST OF GIBSON HOUSE B&B LLC, HERSHEY, PA | 65,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2006 CHEVY IMPALA | 10,938.00 | 0.00 | | 0.00 | FA |
| 14 | BUSINESS ACCOUNT @ MIDPENN BANK (u) | 183.00 | 0.00 | | 0.00 | FA |
| 15 | BUSINESS ACCOUNT @ MIDPENN BANK (u) | 333.00 | 0.00 | | 0.00 | FA |
| 16 | PERSONAL ACCOUNT @ MIDPENN BANK (u) | 138.00 | 0.00 | | 0.00 | FA |
| 17 | PERSONAL ACCOUNT @ MIDPENN BANK (u) | 85.00 | 0.00 | | 0.00 | FA |
| 18 | BUSINESS CHECKING ACCOUNT @ MIDPENN BANK (u) | 5.00 | 0.00 | | 0.00 | FA |
| 19 | PERSONAL SAVINGS ACCOUNT @ NORTHWEST SAVINGS BANK (u) | 38.00 | 0.00 | | 0.00 | FA |
| 20 | PERSONAL CHECKING ACCOUNT @ NORTHWEST SAVINGS BANK (u) | 200.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $537,920.00     $0.00     $190,000.00

Gross Value of Remaining Assets     $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 08-03596 | RNO | Judge: | Robert N. Opel II | Trustee Name: LEON P. HALLER |
| Case Name: | Thomas M. Powers | | | | Date Filed (f) or Converted (c): 11/22/11 (c) |
| | | | | | 341(a) Meeting Date: 01/09/12 |
| For Period Ending: 06/20/13 | | | | | Claims Bar Date: 11/28/12 |

03/15/12 File remaining open for possible sale of real estate and carve out.
05/14/12 Followingdiscussions with MidPenn Bank and realtor,decision to list and employ realtor.

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 11/30/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-03596  
Case Name: Thomas M. Powers  
Taxpayer ID No: XX-XXX7557  
For Period Ending: 06/20/13  

Trustee Name: LEON P. HALLER  
Bank Name: Eagle Bank  
Account Number/CD#: XXXXXX0031 - Checking - Non Interest  
Blanket Bond (per case limit): $13,844,058.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/30/12 | | GUARDIAN TRANSFER CORP. | PROCEEDS OF SALE | | | 5,000.00 | | 5,000.00 |
| | 2 | | 141 W. CARACAS AVE., HERSHEY, PA | 190,000.00 | 1110-000 | | | |
| | | MIDPENN BANK | PAYOFF 1ST MORTGAGE | (166,535.01) | 4110-000 | | | |
| | | COLDWELL BANKER | REAL ESTATE AGENT - FEES | (11,700.00) | 3510-000 | | | |
| | | VARIOUS | MISC. SETTLEMENT COSTS | (4,335.08) | 2500-000 | | | |
| | | COUNTY TAXES 07/20/2012 - 12/31/2012 | PRE-PAIDS | (466.36) | 2500-000 | | | |
| | | SCHOOL TAXES 07/20/2012 - 12/31/2012 | PRE-PAIDS | (1,963.55) | 2500-000 | | | |
| 04/30/13 | 001001 | LEON P. HALLER 1719 NORTH FRONT STREET HARRISBURG PA 17102 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) TRUSTEE COMMISSION | | 2100-000 | | 1,250.00 | 3,750.00 |
| 04/30/13 | 001002 | LEON P. HALLER 1719 NORTH FRONT STREET HARRISBURG PA 17102 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) TRUSTEE EXPENSES | | 2200-000 | | 70.00 | 3,680.00 |
| 04/30/13 | 001003 | PURCELL, KRUG & HALLER 1719 NORTH FRONT STREET HARRISBURG, PA 17102 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) ATTORNEY FOR TRUSTEE - FEES | | 3110-000 | | 840.00 | 2,840.00 |
| 04/30/13 | 001004 | USAA FEDERAL SAVINGS BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | (Final distribution to Claim 3, representing a Payment of 1.24% per court order.) | | 7100-000 | | 169.69 | 2,670.31 |
| | | | Page Subtotals | | | 5,000.00 | 2,329.69 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-03596　　　　　　　　　　　　　　　　　　　　　　　Trustee Name: LEON P. HALLER
Case Name: Thomas M. Powers　　　　　　　　　　　　　　　　　　Bank Name: Eagle Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX0031 - Checking - Non Interest
Taxpayer ID No: XX-XXX7557　　　　　　　　　　　　　　　Blanket Bond (per case limit): $13,844,058.00
For Period Ending: 06/20/13　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/13 | 001005 | AAFES/MIL STAR/EXCHANGE<br>P O Box 740933<br>Dallas,Tx 75374 | (Final distribution to Claim 5, representing a Payment of 1.24% per court order.) | 7100-000 | | 21.25 | 2,649.06 |
| 04/30/13 | 001006 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | (Final distribution to Claim 6, representing a Payment of 1.24% per court order.) | 7100-000 | | 17.74 | 2,631.32 |
| 04/30/13 | 001007 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | (Final distribution to Claim 7, representing a Payment of 1.24% per court order.) | 7100-000 | | 183.38 | 2,447.94 |
| 04/30/13 | 001008 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | (Final distribution to Claim 8, representing a Payment of 1.24% per court order.) | 7100-000 | | 23.47 | 2,424.47 |
| 04/30/13 | 001009 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | (Final distribution to Claim 9, representing a Payment of 1.24% per court order.) | 7100-000 | | 68.78 | 2,355.69 |
| 04/30/13 | 001010 | eCAST Settlement Corporation assignee of FIA Card Services aka Bank of America<br>POB 35480<br>Newark NJ 07193-5480 | (Final distribution to Claim 10, representing a Payment of 1.24% per court order.) | 7100-000 | | 100.26 | 2,255.43 |
| 04/30/13 | 001011 | MARY MILLIGAN<br>6 WESTWYN DRIVE<br>LEMOYNE, PA 17043 | (Final distribution to Claim 11, representing a Payment of 1.24% per court order.) | 7100-000 | | 494.16 | 1,761.27 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page Subtotals　　　　　0.00　　　909.04

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-03596  
Case Name: Thomas M. Powers  
Taxpayer ID No: XX-XXX7557  
For Period Ending: 06/20/13  

Trustee Name: LEON P. HALLER  
Bank Name: Eagle Bank  
Account Number/CD#: XXXXXX0031 - Checking - Non Interest  
Blanket Bond (per case limit): $13,844,058.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/13 | 001012 | MEMBERS 1ST FEDERAL CU<br>PO BOX 40<br>MECHANICSBURG, PA 17055-0040 | (Final distribution to Claim 12, representing a Payment of 1.24% per court order.) | 7100-000 | | 40.30 | 1,720.97 |
| 04/30/13 | 001013 | MEMBERS 1ST FEDERAL CU<br>PO BOX 40<br>MECHANICSBURG, PA 17055-0040 | (Final distribution to Claim 13, representing a Payment of 1.24% per court order.) | 7100-000 | | 10.91 | 1,710.06 |
| 04/30/13 | 001014 | MEMBERS 1ST FEDERAL CU<br>PO BOX 40<br>MECHANICSBURG, PA 17055-0040 | (Final distribution to Claim 14, representing a Payment of 1.24% per court order.) | 7100-000 | | 254.51 | 1,455.55 |
| 04/30/13 | 001015 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | (Final distribution to Claim 15, representing a Payment of 1.24% per court order.) | 7100-000 | | 10.40 | 1,445.15 |
| 04/30/13 | 001016 | Mid Penn Bank<br>Attention Ms Amy M Custer, VP<br>Asset Recovery Manager<br>5500 Allentown Boulevard<br>Harrisburg, PA 17112 | (Final distribution to Claim 16, representing a Payment of 1.24% per court order.) | 7100-000 | | 1,445.15 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 5,000.00 | 5,000.00 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - XXXXXX0031 | 5,000.00 | 5,000.00 | 0.00 |
| Page Subtotals | 0.00 | 1,761.27 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-03596  
Case Name: Thomas M. Powers  
Taxpayer ID No: XX-XXX7557  
For Period Ending: 06/20/13  

Trustee Name: LEON P. HALLER  
Bank Name: Eagle Bank  
Account Number/CD#: XXXXXX0031 - Checking - Non Interest  
Blanket Bond (per case limit): $13,844,058.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Total Allocation Receipts: 185,000.00<br>Total Net Deposits: 5,000.00<br>Total Gross Receipts: 190,000.00 | | | 5,000.00<br>===============<br>(Excludes account transfers) | 5,000.00<br>===============<br>(Excludes payments to debtors) | 0.00<br>==========<br>Total Funds on Hand |
| | | | | Page Subtotals | 0.00 | 0.00 | |